BC

# UNITED STATES DISTRICT COURT

for the

District of Maryland

| | |
|---|---|
| In the Matter of the Search of | ) |
| *(Briefly describe the property to be searched or identify the person by name and address)* | ) |
| | )  Case No. *13 - 2917 BPG* |
| 5075 JERICHO ROAD, COLUMBIA, MD 21044, | ) |
| | ) |

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:

See Attachment A

located in the _____ District of _____ Maryland _____ , there is now concealed *(identify the person or describe the property to be seized)*:

See Attachment B

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:

☑ evidence of a crime;

☑ contraband, fruits of crime, or other items illegally possessed;

☑ property designed for use, intended for use, or used in committing a crime;

☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 31 USC section 5324(a)(3) | Structuring Currency Transactions to Evade a Filing Requirement |

The application is based on these facts:
See Attached Affidavit

☑ Continued on the attached sheet.

☐ Delayed notice of _____ days (give exact ending date if more than 30 days: _____ ) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

*Applicant's signature*

Scott Riha, SA Internal Revenue Service

*Printed name and title*

Sworn to before me and signed in my presence.

Date: *12-5-13*

*Judge's signature*

City and state: *Baltimore MD*

U.S. Magistrate Beth P. Gesner

*Printed name and title*

## ATTACHMENT A

### DECRIPTION OF PROPERTY TO BE SEARCHED

### 5075 JERICHO ROAD, COLUMBIA, MARYLAND 21044

The premise is known as **5075 JERICHO ROAD, COLUMBIA, MARYLAND 21044** and
is located on a cul-de-sac.  The premise is further described as a single family
residence with a red brick facade and tannish vinyl siding on each side.  The front of the
location has several windows, some of which are encompassed by green shutters.
Additionally, the front door is green and the attached garage has two white garage
doors.  Centered in the brick and above the two white garage doors is a placard
displaying "5075".



AND

**ATTACHMENT B**
Items to be seized at:

**5075 JERICHO ROAD, COLUMBIA, MARYLAND 21044**
**And**
**414 WATER STREET, UNIT 1801, BALTIMORE, MARYLAND 21201**

United States currency, and personal records of **PAUL EUGENE SESSOMES**, whether stored in hard copy or electronic format, relating to the period **JANUARY 1, 2007 TO PRESENT**, which are fruits, instrumentalities, and evidence of violations of Title 31 U.S.C. § 5324 (a)(3), Structuring Currency Transactions to Evade a Filing Requirement, including but not limited to:

1. U.S. currency in amounts greater than $10,000;

2. The following financial records are to be seized **if the records include cash received or transferred and/or cash cannot be discerned from other records maintained in the course of normal business activities:**

    a. Books, records, ledgers, journals, statements, cash register receipts and/or tapes, invoices, billings, financial statements, balance sheets, notes and work papers;

    b. All correspondence, letters, memorandum, applications, powers of attorney, and listings, which contain financial information, such as income, expenses, assets, liabilities, transfer of money;

    c. Bank and other financial institution records, including bank statements, passbooks, deposit slips, withdrawal slips, cancelled checks, bank receipts, bank checks, money order receipts, wire transfers, credit and debit memos, and safe deposit keys and records;

    d. Bank and other financial institution records, showing acquisition, conversion, movement, secreting, transfer and disbursement of United States and foreign currency;

    e. Records of loans or letters of credit including contracts, mortgages, notes, agreements, applications, payments, and financial statements;

    f. Credit and debit card records, including records of purchases, withdrawals, deposits and cash advances made with credit and debit cards, and including statements and receipts;

g.  Records of income to include; cash receipts, receipt books, cash register receipt tapes, copies of checks and deposit slips, daily sales sheets and reconciliation;

h.  Records of expenditures including payments, receipts, invoices, statements;

i.  Records for any financial transaction that in part or in whole include the receipt or payment of cash;

j.  Records of any asset acquired in part or in whole via cash;

k.  Records indicating the purchase, lease, rental, possession or maintaining of equipment, vehicle inventory, capital assets and any other assets;

l.  Records of real estate transactions, including contracts, agreements, settlement sheets, deeds, rental agreements, lease agreements, payments and receipts of money;

m.  Records of purchase and sale of assets and investments including stocks and other securities, including statements and receipts;

n.  Records of personal and living expenses including bills, invoices, payments, receipts, invoices, statements, photographs, passports, airline tickets, records of travel and other evidence of expense;

o.  Any book, records, receipts, notes, ledgers, or other documents related to the acquisition, purchase, transportation, secreting and/or movement of United States and foreign currency, both domestically and internationally;

3.  Records of forming and operating corporations, partnerships, trusts, limited liability companies, associations, businesses, and any other entities, along with contracts, agreements, articles of incorporation or formation, minutes of meetings of the board of directors, officers, partners or members, and partnership agreements and business filings including all documents relating to interests in partnerships, corporations, and sole proprietorships;

4.  Employment records and personnel files including payroll journals, payroll records and correspondence that indicate cash payments to employees;

5.  Address and/or telephone logs/books, Rolodex indices, diaries, calendars, and items reflecting names, addresses, telephone numbers, pager numbers, and/or fax numbers, e-mail addresses, and web sites of possible clients, customers, vendors, creditors, financial institutions, and other individuals or businesses with whom a financial relationship exists;

6. Indicia of occupancy, residence, rental and/or ownership of the premises to be searched, including but not limited to, utility, land, telephone records, mortgages, deeds and lien record, purchases or lease agreements, cancelled mail;

7. Leasing records including proposals, agreements, payment records, and contracts.

8. Any Currency Transaction Reports or Information related to the legal requirement to file Currency Transaction Reports, regardless of their date of creation;

9. Storage facility records and keys;

10. Electronic devices which are capable of storing, analyzing, creating, displaying, converting or transmitting electronic or magnetic computer impulses or data that is contained in this warrant. These devices include:

   - Computers, computer components, computer peripherals, modems, monitors, printers, plotters, copiers, fax machines, optical scanners, external hard drives, and other computer related electronic devices;
   - Instructions or programs stored in the form of electronic or magnetic media which are capable of being interpreted by a computer or related components. The items to be seized include operating systems, application software, utility programs, and other programs of software used to communicate with computer hardware or peripherals;
   - Information and/or data stored in the form of magnetic or electronic coding on computer media or on media capable of being read by a computer or with the aid of computer related equipment. This media includes floppy disks, diskettes, fixed hard disks, removable hard disk cartridges, flash "thumb" drives and similar devices, tapes, video cassettes, and any other media which is capable of storing magnetic coding;
   - Digital cameras and digital camera storage cards;
   - Cellular telephones, PDAs, and other smart phones and their storage cards;
   - Passwords, encryption keys, and other access devices that may be necessary to access the above devices or media; and/or
   - Written or printed material which provides instructions or examples concerning the operation of any of the above devices, media, or software.